**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TECHSHELL, INC.,

        Plaintiff,

vs.                                  CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;
SPECK PRODUCT DESIGN, INC.;
IPEARL, INC.; XGEAR, LLC;
CASE-MATE GEORGIA, LLC;
CASE-MATE INTERNATIONAL, LLC;
and CASE-MATE RETAIL, INC.,

        Defendants.
_____/

## <u>ORDER</u>

Before me is Defendant's Notice of Substitution Of Counsel On Behalf Of Hard

Candy Cases, LLC (Doc. 25), which shall be construed as a motion for withdrawal and

substitution of attorneys pursuant to N.D. Fla. Loc. R. 11.1(F).

**IT IS ORDERED** that Robert H. Thornburg, Ryan Thomas Santurri, and Allen,

Dyer, Doppelt, Milbrath & Gilchrist are granted leave to withdraw as attorneys of record

for Defendant Hard Candy Cases, LLC.   Stuart J. West and West & Associates, a

Professional Corporation, are substituted as attorneys of record for Defendant Hard

Candy Cases, LLC.

        **ORDERED** on September 2, 2010.


                  /S/ Richard Smoak
                  **RICHARD SMOAK**
                  **UNITED STATES DISTRICT JUDGE**