IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TECHSHELL, INC.,

    Plaintiff,

vs.                        CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;
SPECK PRODUCT DESIGN, INC.;
IPEARL, INC.; XGEAR, LLC;
CASE-MATE GEORGIA, LLC;
CASE-MATE INTERNATIONAL, LLC;
and CASE-MATE RETAIL, INC.,

    Defendants.
_____/

## ORDER

The relief requested by the Consent Motion For Entry Of Protective And Confidentiality Order (Doc. 65) is granted. The proposed Protective And Confidentiality Order Limiting The Use And Dissemination Of Confidential Material (Doc. 65-1) is approved and is incorporated by reference in this Order.

**ORDERED** on October 18, 2010.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**