IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TECHSHELL INC.,**

    Plaintiff,

vs.                                                   CASE NO. 3:10-cv-154/RS-MD

**HARDCANDY CASES, LLC,
SPECULATIVE PRODUCT DESIGN, INC.,
f/d/b/a SPECK PRODUCTS, INC. and d/b/a
SPECK, IPEARL, INC., and XGEAR LLC,**

    **Defendants.**
_____/

## ORDER

The relief requested in Plaintiff Techshell's and Defendant iPearl's Joint Motion to Dismiss With Prejudice (Doc. 80) is **GRANTED**.

**IT IS ORDERED:**

1. All claims and counterclaims by and between Techshell, Inc., and iPearl, Inc., are **dismissed with prejudice**.

2. Defendant iPearl is **dismissed** as a party to this case.

**ORDERED** on November 3, 2010

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE**