IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TECHSHELL INC.,**

    **Plaintiff,**

**vs.**                                      CASE NO. 3:10-cv-154/RS-MD

**HARDCANDY CASES, LLC,**
**ET AL.**

    **Defendants.**
_____/

## **ORDER**

Defendants HardCandy Cases, LLC, and XGear, LLC, shall file a response to Plaintiff's Emergency Motion to Withdraw Consent to the Joint Motion for Voluntary Dismissal (Doc. 93) not later than December 22, 2010.

**ORDERED** on December 15, 2010

                                                                     /S/ Richard Smoak
                                                                     **RICHARD SMOAK**
                                                                     **UNITED STATES DISTRICT JUDGE**