IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TECHSHELL, INC.,

    Plaintiff,

vs.                                         CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;
SPECK PRODUCT DESIGN, INC.;
IPEARL, INC.; XGEAR, LLC;
CASE-MATE GEORGIA, LLC;
CASE-MATE INTERNATIONAL, LLC;
and CASE-MATE RETAIL, INC.,

    Defendants.
_____/

## ORDER

Before me is Plaintiff Techshell, Inc.'s Combined Emergency Motion To Withdraw Its Consent To The Joint Motion For Voluntary Dismissal (Doc. 93).

**IT IS ORDERED**:

1.     The Joint Motion To Dismiss Without Prejudice (Doc. 91) is **denied**.

2.     Plaintiff Techshell, Inc.'s Motion For Leave To File Supplemental Memorandum (Doc. 104) is **denied as moot**.

**ORDERED** on December 23, 2010.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**