# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TECHSHELL INC.,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO. 3:10-cv-154/RS-MD**

**HARDCANDY CASES, LLC,**
**ET AL.**

    **Defendants.**
_____/

## ORDER

Plainiff's Motion to File Under Seal (Doc. 140) is **Denied as moot**.

**ORDERED** on February 8, 2011

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**