IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TECHSHELL, INC.,

    Plaintiff,

vs.                      CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;
SPECK PRODUCT DESIGN, INC.;
IPEARL, INC.; XGEAR, LLC;
CASE-MATE GEORGIA, LLC;
CASE-MATE INTERNATIONAL, LLC;
and CASE-MATE RETAIL, INC.,

    Defendants.
_____/

## **AMENDED ORDER**

Before me are Defendants' Motion For Continuance Of May 9, 2011, Trial By Four Months And Motion To Extend Discovery And Mediation Until April 30, 2011, (Doc. 135) and Plaintiff's Motion For Clarification Regarding Expert Disclosures (Doc. 110).

**IT IS ORDERED:**

    1.    The Motion To Extend Mediation Until April 30, 2011, is denied as moot.

    2.    The discovery deadline is extended to April 30, 2011.

    3.    The parties shall file an amendment to the Joint Planning and Scheduling Report to provide for disclosure and discovery of expert testimony consistent with the discovery deadline of April 30, 2011. All other deadlines dependent upon the discovery deadline are adjusted accordingly.

4. Trial is rescheduled for July 11, 2011, in **Pensacola**, Florida.

**ORDERED** on February 9, 2011.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**