IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TECHSHELL, INC.,

    Plaintiff,

vs.        CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;
SPECK PRODUCT DESIGN, INC.;
IPEARL, INC.; XGEAR, LLC;
CASE-MATE GEORGIA, LLC;
CASE-MATE INTERNATIONAL, LLC;
and CASE-MATE RETAIL, INC.,

    Defendants.
_____/

## ORDER

Before me is the Joint Motion To Dismiss With Prejudice (Doc. 146).

**IT IS ORDERED:**

1. Plaintiff's claims against Defendant XGear, LLC are dismissed with prejudice.

2. Defendant XGear, LLC is dropped as a party to this case with prejudice.

3. Defendant XGear, LLC's counterclaims are dismissed with prejudice.

**ORDERED** on February 16, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**