IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TECHSHELL, INC.,

    Plaintiff,

vs.                                      CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;

    Defendant.
_____/

## ORDER

Defendant's Motion To File Under Seal (Doc. 160) is **granted**.

**ORDERED** on March 8, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**