**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TECHSHELL, INC.,

    Plaintiff,

vs.                                           CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;

    Defendant.

_____/

## **ORDER**

Plaintiff's Unopposed Request for Oral Argument (Doc. 170) is **denied**.

**ORDERED** on March 15, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
                                        UNITED STATES DISTRICT JUDGE**