IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TECHSHELL, INC.,

    Plaintiff,

vs.                                     CASE NO. 3:10cv154/RS-MD

HARD CANDY CASES, LLC;

    Defendant.
_____/

## ORDER

Before me is the Amendment To Joint Planning And Schedule Report (Doc. 171). The amendment to the Joint Planning And Schedule Report (Doc. 171) is approved and is incorporated by reference as an amendment to the Scheduling and Mediation Order (Doc. 72).

**ORDERED** on March 15, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**